| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2016
David J. Bradley, Clerk

Schwerman Trucking Co., §
§
Plaintiff, §
§
versus § Civil Action H-15-3604
§
Inland Environmental and §
Remediation Services, Inc., §
§
Defendant. §

# Agreed Final Judgment

1. By agreement of the parties, Schwerman Trucking Co. takes $142,796.13 from Inland Environmental and Remediation Services, Inc, plus prejudgment interest at a rate of 5% per year beginning December 10, 2015, and post judgment interest at a rate of 5% per year.

2. Schwerman takes $11,000 in attorney's fees and $557.52 in court costs.

3. Schwerman will take $10,000 in post-judgment attorney's fees if a notice of satisfaction of judgment is not filed by November 24, 2016.

4. The claims of Schwerman Trucking Co. against Inland Environmental and Remediation Services, Inc., are dismissed with prejudice.

Signed on May 24, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge